UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| RHONDA MASTRO, | ) ED CV 08-01178-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded for further proceedings in accordance with the decision.

DATED: June 29, 2009

_____/ S /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE