LAW OFFICES OF BILL LATOUR
Bill LaTour [CSBN: 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California 92354
Telephone: (909) 796-4560
Facsimile:  (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RHONDA MASTRO, | No. EDCV 08-1178 SH |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND TWO HUNDRED DOLLARS and 00/cents ($2,200.00)as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: August 18, 2009  / S /

_____
HON. STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-